Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA OCAMPO, | Case No. 3:11-cv-02069-WHA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| WILLIAMS & FUDGE, INC., | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of June, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 8th day of June, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William Alsup
United States District Court
Northern District of California

Via U.S. Mail to:

Chad V. Echols
Hamilton Martens & Ballou LLC
*Attorneys At Law*
130 E. Main Street
P.O. Box 10940
Rock Hill, SC 29731

This 8th day of June, 2011.

s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2