IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA OCAMPO,

    Plaintiff,

  v.

WILLIAMS & FUDGE, INC.,

    Defendant.

No. C 11-02069 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks plaintiff for her notice of settlement (Dkt. 5) but cautions that all deadlines remain in effect until a dismissal is filed. Please take notice that the case management conference is set for August 4, 2011, at 3:00 p.m. and a joint statement is due at least seven days prior.

    **IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE