Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA OCAMPO,** | ) Case No. 3:11-cv-02069-WHA |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **WILLIAMS & FUDGE, INC.,** | ) |
| Defendant. | ) |
| _____ | ) _____ |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 9th day of June, 2011.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 9th day of June, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 9th day of June, 2011, via the ECF system to:
6
7  Honorable William Alsup
   Judge of the United States District Court
8  Northern District of California

9
10 Copy sent via mail on this 9th day of June, 2011, to:

11 Chad V. Echols
12 Hamilton Martens & Ballou LLC
   *Attorneys At Law*
13 130 E. Main Street
14 P.O. Box 10940
   Rock Hill, SC 29731
15

16
17 By: s/Todd M. Friedman
         Todd M. Friedman
18
19
20
21
22
23
24
25
26
27
28